**Order entered December 14, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00902-CV

**SOUTHCROSS MARKETING COMPANY LTD., Appellant**

**V.**

**FORMOSA HYDROCARBONS COMPANY, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02687**

## ORDER

Before the Court is the parties' December 12, 2016 agreed joint motion for an extension of time to file their appellant's and cross-appellant's briefs. We **GRANT** the motion. The parties shall file their respective briefs by January 27, 2017

/s/    ELIZABETH LANG-MIERS
JUSTICE